# Order

Michigan Supreme Court
Lansing, Michigan

August 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

156150(68)

JOSHUA WADE,
      Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellee.
_____/

SC: 156150
COA: 330555
Ct of Claims: 15-000129-MZ

On order of the Chief Justice, the motion of defendant-appellee to adjourn the case from the October 2021 oral argument session of the Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2021



Clerk